IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALONZO DAVIS                                                                                          PLAINTIFF

v.                                    Case No. 1:13-cv-01078

NATHAN GREELEY                                                                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 23, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 30). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and has failed to prosecute this matter.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, all of Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge